UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JEAN JACQUES MISTROT, III, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF THE MINOR CHILD, SETH RYAN MISTROT, AND CHRISSY MOUTON ROBIN** | **CIVIL ACTION NO. 09-1210** |
| **VERSUS** | **JUDGE DOHERTY** |
| **DYNACRAFT BSC, INC., WAL-MART LOUISIANA, LLC** | **MAGISTRATE JUDGE METHVIN** |

### ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the pleadings. Plaintiffs allege the minor child suffered a ruptured spleen in a bicycle accident, when one of the handle bar grips came off of the handle bar, the child lost control of the bicycle, and fell upon the exposed end of the handle bar. Plaintiffs allege the child sustained serious permanent and debilitating injuries, including the removal of his spleen. The undersigned concludes it appears the jurisdictional amount exists.

Additionally, in accordance with the United States Supreme Court's decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct. 2611 (2005), this court may exercise supplemental jurisdiction over the derivative and related claims of Chrissy Mouton Robin, mother of the child, under 28 U.S.C. §1367(a).

Signed November 23, 2009, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE